UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Plaintiff(s): Matthew DeRoche

vs.

Defendant(s): Dewitt Police Department

Civil Case No.: 5:22-cv-1344 (DNH) (ATB)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ☑ JURY ☐ COURT (Select **only** one).

U.S. DISTRICT COURT - N.D.N.Y.
FILED
DEC 14 2022
AT____O'CLOCK____
John M. Domurad, Clerk - Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Matthew DeRoche
   Address: 6159 Crestview dr
   North Syracuse NY 13212

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Jarrod Petric
   Official Position: Police officer Sargent
   Address: 5400 Butternut Dr East
   Syracuse, NY 13057

b.  Defendant: Justin Baum
    Official Position: Police officer detective
    Address: 5400 Butternut Dr East
    Syracuse, NY, 13057

c.  Defendant: James Dean
    Official Position: Police officer
    Address: 5400 Butternut Dr East
    Syracuse, NY 13057

Additional Defendants may be added on a separate sheet of paper.

4.                                  FACTS

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).



Matthew Derocha <matthewderocha555@gmail.com>

# (no subject)

**Matthew Derocha** <matthewderocha555@gmail.com>   Wed, Dec 14, 2022 at 2:58 AM
Draft

On September 25th 2020 7:30 am I Matthew DeRocha was at Cliff's Market at 3100 Erie Boulevard East Syracuse New York 13214 doing scratch off tickets when three officers approached me later a fourth and ask what I was doing they said I was told to leave by the gas station attendant i said they never said this to me they agreed said they believe me he asked for my license registration gave it to him showed I had a expired license they said I cannot drive home I asked if I tow my car home they said no and they have to tow it because it's in a non parking spot they looked in the backseat of my car scene copper I had caught asked me where it came from I said from her friends and I didn't want to tell they where my friend lives he automatically assumed it was stolen said he was confiscating it and Towing my car pending an investigation I started video tape him because they had know right to do this he said I was acting sporadically and wanted to put me in handcuffs a few minutes earlier said I was free to leave I was not acting sporadically I allowed him to hand cuff me he then said I harassed him and put me in the back of the patrol car and I got in and he choked me told me to calm down he close the door they reopened the door and I slid out of the car and sat down on the ground where i could be scene started kicking and screaming for help because he just charged me with harassment for no reason after a few minutes of a screaming for help they put me back in the police car and charged me with assault second resisting arrest and harassment because this has happened a bunch of times before I acted this way because I was scared and you can't always prove. You're innocent Detective Justin Baum said I harassed him and Sargeant Jarod Petrie said I assault second him both were lies

 Gmail      Matthew Derocha <matthewderocha555@gmail.com>

# (no subject)

**Matthew Derocha** <matthewderocha555@gmail.com>      Wed, Dec 14, 2022 at 3:06 AM
Draft

On September 25th 2020 around 7:30 am I Matthew Derocha was at cliffs market 3100 Erie Blvd east syracuse ny 13214 doing scratch off tickets when officers arrested me for assault second resisting arrest and harassment.      On April 29th 2022 After a 3-day trial I proved that officers James Dean detective justin Baum sergeant Jared Petrie lied under oath and said I kicked Jared Petrie and the charge assault second a felony was acquitted also that I kicked Justin Baum and the charge harassment was acquitted but was found guilty of resisting arrest.      I was incarcerated for 9 months 9 days and the misdemeanor charge resisting arrest I was found guilty on Can Only Hold Me 8 months so I have 39 days of overconfinement because of the felony charge I waited trial for I was arrested July 22nd 2021 and released April 29th I have release papers that show this.      I have the videos showing the actual arrest showing I didn't kick or hit the officers from cliffs market

 Gmail

Matthew Derocha <matthewderocha555@gmail.com>

# (no subject)

**Matthew Derocha** <matthewderocha555@gmail.com>    Wed, Dec 14, 2022 at 3:13 AM
Draft

My civil rights were violated when they charged me was assault second and harassment saying I hit them when I didn't and I think they did this maliciously to hurt me and it did emotionally and physically when I had to spend more time in jail than what resisting arrest is legally allowed to hold me and I think this was done purposely to hurt me it definitely wasn't to be nice or to do me a favor

5. CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Punitive

Because my injurys where and are at fault and the party behaved remarkably reckless and malicoious

### SECOND CAUSE OF ACTION

overdetention

Because I was charged with assault and I was held in jail longer then a resisting arrest could hold me 37 days longer

### THIRD CAUSE OF ACTION

emotional distress
molicoious prosocution
emotional distress I was hospotalised for this will explain if needed

6.  PRAYER FOR RELIEF

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

1000000. 1 million dollars

bifurcated

so the jury does not know the amount

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 12/10/22

Matthew DeRocka

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010